## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-mj-01049-KJM-1 |
| CASE NAME: | United States of America v Alden Bunag |
| ATTY FOR PLA: | Rebecca Ann Perlmutter |
| ATTY FOR DEFT: | Jaquelyn Esser |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 06/21/2022 | TIME: | 9:33 - 9:40 |

COURT ACTION:  EP:    TELEPHONIC DETENTION hearing held.

Defendant is in custody and present via telephone from the Federal Detention Center, Honolulu.

Ms. Esser represents that the Defendant waives his right to an in person hearing and consents to appear via telephone. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Argument made by the Government.

Ms. Esser represents that the Defendant submits for detention reserving the right to come before the Court with a proposed release plan at a later date.

Court adopts Pretrial Services recommendation.

Court taking judicial notice of the documents on file, having considered the comments of counsel and the report prepared by Pretrial Services, the Court finds that presently there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community and GRANTS [5] Government's Motion to Detain Defendant Without Bail. Government to prepare the Order.

Defendant to remain in the custody of the U.S. Marshals Service at the Federal Detention Center, Honolulu.

*Submitted by: Bernie Aurio, Courtroom Manager*